# UNITED STATES DISTRICT COURT

## Northern District of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: DNYN120CR000066-001 |
| Steven Salls | USM Number: 05254-082 |
| | AFPD Timothy E Austin, Esq. |
| | 4 Clinton Square 3rd Floor |
| | Syracuse, New York 13202 |
| | 315-701-0080 |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation number(s)     1 and 2 of the petition on July 8, 2020   of the term of supervision.

☐ was found in violation of numbers(s) after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | Illicit Drug Use | 06/17/2020 |
| 2. | Failure to Comply with Drug Treatment | 06/24/2020 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has not violated number(s) and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 7934

Defendant's Year of Birth: 1960

City and State of Defendant's Residence:
U.S. Marshal Custody

July 8, 2020
Date of Imposition of Judgment

_Lawrence E. Kahn_
Lawrence E. Kahn
Senior U.S. District Judge

July 09, 2020
Date

DEFENDANT:     Steven  Salls
CASE NUMBER:   DNYN120CR000066-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**Five (5) months.  There will be no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at  ☐ a.m. ☐ p.m. on.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
BY DEPUTY UNITED STATES MARSHAL